**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NIKE, INC.,

                 Plaintiff,

    v.

A2XT2OJXIK7SHJ, et al.,

                 Defendants.

Case No. 23-cv-14323

**Judge Jeremy C. Daniel**

**Magistrate Judge M. David Weisman**

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Nike, Inc. ("Plaintiff" or "Nike") against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto, with the exception of defendants LUCKYSTEP and CHANGEABLE (collectively, the "Defaulting Defendants") based on Plaintiff's action for trademark infringement, counterfeiting, and false designation of origin;

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

1

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and/or from U.S. bank accounts, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "NIKE Trademarks") to residents of Illinois. A list of NIKE Trademarks is included in the chart below.

| Registration Number | Trademark |
|---|---|
| 978952<br>1153938<br>1214930<br>1945654<br>1277066<br>4704670 | NIKE<br>(word mark) |
| 1307123 | NIKE AIR<br>(word mark) |
| 3192901 | NIKE FREE<br>(word mark) |
| 977190<br>1145473 |  |

| | |
|---|---|
| 1323343<br>4704672<br>1284385<br>1990180 |  |
| 2068075 |  |
| 1571066<br>1284386 |  |
| 1237469<br>1325938<br>1772987 |  |
| 2104329 |  |
| 4764071<br>1875307 | JUST DO IT<br>(word mark) |
| 1200529<br>2164810 | SWOOSH<br>(word mark) |
| 1508348 | AIR MAX<br>(word mark) |
| 1789463 | AIR TRAINER MAX<br>(word mark) |
| 5503242 | VAPORMAX<br>(word mark) |

| | |
|---|---|
| 5286596 | NIKE AIR VAPORMAX<br>(word mark) |
| 2716140 | PRESTO<br>(word mark) |
| 3370246<br>3412757 | LEBRON<br>(word mark) |
| 1370283 | AIR JORDAN<br>(word mark) |
| 1686515 | AIR FLIGHT<br>(word mark) |
| 4210496 | MERCURIAL<br>(word mark) |
| 3780236 | DUNK<br>(word mark) |
| 3520484 | AIR FORCE 1<br>(word mark) |
| 1027021 | CORTEZ<br>(word mark) |
| 1794058<br>2571314<br>1887959 | DRI-FIT<br>(word mark) |
| 4393310 | FLYKNIT<br>(word mark) |
| 5700611 | TECHKNIT<br>(word mark) |
| 1839775 | THERMA-FIT<br>(word mark) |
| 1558100 |  |

| | |
|---|---|
| 1742019 |  |
| 3725535 |  |
| 4254513 |  |
| 3580156 |  |
| 4462766 |  |
| 3451904 |  |
| 3451905 |  |

| | |
|---|---|
| 5820374 |  |
| 3451906 |  |
| 3451907 |  |
| 6368691 |  |
| 6368693 |  |
| 6368694 |  |
| 6682467 |  |

| | |
|---|---|
| 6682468 |  |
| 6639127 |  |
| 6639128 |  |
| 6639129 |  |
| 6883603 |  |
| 6639227 |  |

| | |
|---|---|
| 6876338 | |
| 6876339 | |
| 3714300 | |
| 6878868 | |
| 3711305 | |
| 3721064 | |

| | |
|---|---|
| 3711303 |  |
| 6639228 | |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as provided in this Final Judgment, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

The Court further orders that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert or participation with them be permanently enjoined and restrained from:

   a. using the NIKE Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Nike product or not authorized by Plaintiff to be sold in connection with the NIKE Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Nike product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the NIKE Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing NIKE Trademarks and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the NIKE Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc ("Etsy"), WhaleCo, Inc. ("Temu"), and DHgate.com ("DHgate"), (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the NIKE Trademarks.

3.     Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants indicated in the below chart in the amount of fifty thousand dollars ($50,000.00) for willful use of counterfeit NIKE Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces.

| Def. No. | Defaulting Defendant |
|---|---|
| 2 | A2XT2OJXIK7SHJ |
| 3 | AKPT14M47MPN1 |
| 4 | AlexisVincent |
| 5 | AMBZQPSQJKYKD |
| 6 | AUVMTS806G4L4 |
| 8 | CaoJianShi001 |
| 9 | ChengJingtaoChengJingtao |
| 11 | desaigroup |
| 12 | gAHikeji |
| 14 | GQLNBY |
| 16 | GYTRE |
| 17 | iraus shoes |
| 19 | jiyuanshimingqunbaihuodian |
| 20 | JoJo's boutique |
| 21 | liertn |
| 23 | Luobulinka |
| 24 | Luuly |
| 26 | MA8QP2MC56 |
| 27 | mian xian yang shuang qi duo bai huo dian |
| 29 | sanyaqiwenceshangmaoyouxiangongs |
| 30 | shanxiguilepuwenshangmaoyouxiangongsi |
| 31 | sunyunbaihuodian |
| 33 | XiJing Store |
| 34 | XINAOLVYOU |
| 35 | xixianxinqufengdongxinchengheisemeiguibaihuodian |
| 36 | zengduqushengquchenbaihuodian |
| 37 | sports_star_shoes |
| 40 | icarewardrobe |
| 41 | jth-tech |
| 42 | myheartshoes |
| 43 | qingwang0826 |
| 44 | WordToGarment |
| 45 | auth7038 |
| 46 | beimolux |

| | |
|---|---|
| 47 | bibipk2023 |
| 48 | chenyuxin88666 |
| 49 | dksneakers_vip2 |
| 50 | emma.sneaker |
| 51 | eqsneakerkicks |
| 52 | gogokick01 |
| 53 | keep.kicks |
| 54 | lailiping45 |
| 55 | lijin4474 |
| 56 | lpsevel |
| 57 | mike555888 |
| 58 | newtt70 |
| 59 | nike_xuyu |
| 60 | pippahudson744uo2 |
| 61 | rookie_shoes6 |
| 62 | sneakercool.official |
| 63 | starapril_168 |
| 64 | weng_h12 |
| 65 | yang19959590008 |
| 66 | yanjiechen105 |
| 67 | yoooaj82 |
| 68 | yuanzhou9843 |
| 69 | zhangli_kickss |
| 70 | zheng75a |
| 71 | zj.5878 |
| 73 | Chen Lishan Womens Shoes |
| 74 | Daphne children shoes |
| 75 | Double Star Bate Shoes |
| 76 | Eriken womens shoes |
| 77 | Geilly |
| 79 | Kai ride the wolf |
| 80 | kaisenzul |
| 82 | Mighty Harbor Cyclone |
| 83 | NBSL |
| 85 | Number One Seller |
| 88 | Stand on their toes |
| 90 | chinesesuppliers66 |
| 91 | luxurybaaag |
| 92 | Trouke |
| 93 | Antaresd |
| 94 | Antojitos Lara |
| 95 | Bebechachito |
| 96 | Bibimarket |

| | |
|---|---|
| 97 | Cakeslix |
| 98 | chenyihang9787 |
| 99 | Company air |
| 100 | Corpocatri |
| 101 | daixixi9058 |
| 102 | El Retrato Market CA |
| 103 | fashion sports HK |
| 104 | Fashionbabybuy |
| 105 | FIGURT LOOK |
| 106 | gaozhangxing9280 |
| 107 | Hziduys |
| 108 | JQ Fashion |
| 109 | Kennels and Beds |
| 110 | kinlou |
| 111 | Lamity Yasern Luoli Koumi |
| 112 | Landai wig shop |
| 113 | Laurakkk |
| 114 | lijieyu0674 |
| 115 | Mispastillas |
| 116 | MoxibustionandbutcherydA |
| 117 | Prettygirl12 |
| 118 | qooojhha |
| 119 | Tab Plan |
| 120 | Traciekk |
| 121 | Vicela |
| 122 | wangqing9006 |
| 123 | Witness Records |
| 124 | wuyangyang05875 |
| 125 | wuzhongshop |
| 126 | xujiaoqi5907 |
| 127 | xuzhenrong8704 |
| 128 | YunqianyigW |
| 129 | zhangbing6464 |
| 130 | zhaowei6455 |
| 131 | zhuxiaojie7266 |

4.    Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"),

eBay, DHgate, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"),

Wish.com, Walmart, Etsy, Temu, and Amazon Pay, by e-mail delivery to the e-mail

addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, shall within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to them by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, shall within seven (7) calendar days:

a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Joe Pallett, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Joe Pallett and any e-mail addresses provided for Defaulting Defendants by third parties.

9. A copy of this Order will be provided to Defaulting Defendants in the same manner that all other notices and orders have been provided.

10. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

DATED:  November 16, 2023

Jeremy C. Daniel
United States District Judge

**Nike, Inc. v. A2XT2OJXIK7SHJ, et al. - Case No. 23-cv-14323**

# Schedule A

| No | URL | Name / Seller Alias |
|---|---|---|
| | **Defendant Online Marketplaces** | |
| 1 | DISMISSED | DISMISSED |
| 2 | amazon.com/sp?seller=A2XT2OJXIK7SHJ | A2XT2OJXIK7SHJ |
| 3 | amazon.com/sp?seller=AKPT14M47MPN1 | AKPT14M47MPN1 |
| 4 | amazon.com/sp?seller=A3IA2LOV5UZ7S0 | AlexisVincent |
| 5 | amazon.com/sp?seller=AMBZQPSQJKYKD | AMBZQPSQJKYKD |
| 6 | amazon.com/sp?seller=AUVMTS806G4L4 | AUVMTS806G4L4 |
| 7 | DISMISSED | DISMISSED |
| 8 | amazon.com/sp?seller=A2Z4ET13NX1LX9 | CaoJianShi001 |
| 9 | amazon.com/sp?seller=A3711V0QM9P649 | ChengJingtaoChengJingtao |
| 10 | DISMISSED | DISMISSED |
| 11 | amazon.com/sp?seller=A8PG88P5DNVL9 | desaigroup |
| 12 | amazon.com/sp?seller=A15POQ0KFKWQC2 | gAHikeji |
| 13 | DISMISSED | DISMISSED |
| 14 | amazon.com/sp?seller=A3M48Y5NJPYHRW | GQLNBY |
| 15 | DISMISSED | DISMISSED |
| 16 | amazon.com/sp?seller=A15WOAWAXR3VXV | GYTRE |
| 17 | amazon.com/sp?seller=A2CPXJNRITQ249 | iraus shoes |
| 18 | DISMISSED | DISMISSED |
| 19 | amazon.com/sp?seller=A3GRI1FRPTHAAC | jiyuanshimingqunbaihuodian |
| 20 | amazon.com/sp?seller=A2CJS5HMMX16T9 | JoJo's boutique |
| 21 | amazon.com/sp?seller=A1XEOUK10QN15Q | liertn |
| 22 | EXCEPTED | EXCEPTED |
| 23 | amazon.com/sp?seller=A1ZZM24X293FLZ | Luobulinka |
| 24 | amazon.com/sp?seller=A1IBEPM0INSFS2 | Luuly |
| 25 | DISMISSED | DISMISSED |
| 26 | amazon.com/sp?seller=AET4XH8JI91XL | MA8QP2MC56 |
| 27 | amazon.com/sp?seller=A25O4W351RUQFB | mian xian yang shuang qi duo bai huo dian |
| 28 | DISMISSED | DISMISSED |
| 29 | amazon.com/sp?seller=A2KVI6AAYWJX3H | sanyaqiwenceshangmaoyouxiangongs |
| 30 | amazon.com/sp?seller=A2UL2OSBUVJHJX | shanxiguilepuwenshangmaoyouxiangongsi |
| 31 | amazon.com/sp?seller=AJ7URMQEMFF7O | sunyunbaihuodian |
| 32 | DISMISSED | DISMISSED |
| 33 | amazon.com/sp?seller=A2PAETK1J1C760 | XiJing Store |

| 34 | amazon.com/sp?seller=A37URALHNJ1TO5 | XINAOLVYOU |
|----|-------------------------------------|------------|
| 35 | amazon.com/sp?seller=AVFD06SVSRA1Y | xixianxinqufengdongxinchengheisemeiguibai huodian |
| 36 | amazon.com/sp?seller=A31BWJKHFFATP | zengduqushengquchenbaihuodian |
| 37 | dhgate.com/store/21906110 | sports_star_shoes |
| 38 | DISMISSED | DISMISSED |
| 39 | DISMISSED | DISMISSED |
| 40 | ebay.com/usr/icarewardrobe | icarewardrobe |
| 41 | ebay.com/usr/jth-tech | jth-tech |
| 42 | ebay.com/usr/myheartshoes | myheartshoes |
| 43 | ebay.com/usr/qingwang0826 | qingwang0826 |
| 44 | etsy.com/shop/WordToGarment | WordToGarment |
| 45 | instagram.com/auth7038/?hl=en | auth7038 |
| 46 | instagram.com/beimolux/?hl=en | beimolux |
| 47 | instagram.com/bibipk2023/?hl=en | bibipk2023 |
| 48 | instagram.com/chenyuxin88666/?hl=en | chenyuxin88666 |
| 49 | instagram.com/dksneakers_vip2/?hl=en | dksneakers_vip2 |
| 50 | instagram.com/emma.sneaker/?hl=en | emma.sneaker |
| 51 | instagram.com/eqsneakerkicks/?hl=en | eqsneakerkicks |
| 52 | instagram.com/gogokick01/?hl=en | gogokick01 |
| 53 | instagram.com/keep.kicks/ | keep.kicks |
| 54 | instagram.com/lailiping45/ | lailiping45 |
| 55 | instagram.com/lijin4474/ | lijin4474 |
| 56 | instagram.com/lpsevel/?hl=en | lpsevel |
| 57 | instagram.com/mike555888/?hl=en | mike555888 |
| 58 | instagram.com/newtt70/ | newtt70 |
| 59 | instagram.com/nike_xuyu/?hl=en | nike_xuyu |
| 60 | instagram.com/pippahudson744uo2/ | pippahudson744uo2 |
| 61 | instagram.com/rookie_shoes6/?hl=en | rookie_shoes6 |
| 62 | instagram.com/sneakercool.official/?hl=en | sneakercool.official |
| 63 | instagram.com/starapril_168/?hl=en | starapril_168 |
| 64 | instagram.com/weng_h12/ | weng_h12 |
| 65 | instagram.com/yang19959590008/?hl=en | yang19959590008 |
| 66 | instagram.com/yanjiechen105/?hl=en | yanjiechen105 |
| 67 | instagram.com/yoooaj82/?hl=en | yoooaj82 |
| 68 | instagram.com/yuanzhou9843/ | yuanzhou9843 |
| 69 | instagram.com/zhangli_kickss/ | zhangli_kickss |
| 70 | instagram.com/zheng75a/?hl=en | zheng75a |
| 71 | instagram.com/zj.5878/?hl=en | zj.5878 |
| 72 | | |
| 73 | temu.com/m-66175867626.html | Chen Lishan Womens Shoes |
| 74 | temu.com/m-317101324235.html | Daphne children shoes |
| 75 | temu.com/m-3190844687492.html | Double Star Bate Shoes |

| 76 | temu.com/m-2559146288073.html | Eriken womens shoes |
|---|---|---|
| 77 | temu.com/m-6068584931.html | Geilly |
| 78 | DISMISSED | DISMISSED |
| 79 | temu.com/m-2707314444419.html | Kai ride the wolf |
| 80 | temu.com/m-128563958274.html | kaisenzul |
| 81 | DISMISSED | DISMISSED |
| 82 | temu.com/m-185594593177.html | Mighty Harbor Cyclone |
| 83 | temu.com/m-634418209639844.html | NBSL |
| 84 | DISMISSED | DISMISSED |
| 85 | temu.com/m-5900878145419.html | Number One Seller |
| 86 | DISMISSED | DISMISSED |
| 87 | DISMISSED | DISMISSED |
| 88 | temu.com/m-274703910977.html | Stand on their toes |
| 89 | DISMISSED | DISMISSED |
| 90 | tiktok.com/@chinesesuppliers66?lang=en | chinesesuppliers66 |
| 91 | tiktok.com/@luxurybaaag?lang=en | luxurybaaag |
| 92 | walmart.com/seller/101179411 | Trouke |
| 93 | wish.com/merchant/60ec3847a58ef9b81e6dd705 | Antaresd |
| 94 | wish.com/merchant/61539867d23cc4951f56fbe6 | Antojitos Lara |
| 95 | wish.com/merchant/61855405c55185f239a9bc1b | Bebechachito |
| 96 | wish.com/merchant/5e587a16e6ba3214c200716d | Bibimarket |
| 97 | wish.com/merchant/618c36a81603ed4a3ce38ef8 | Cakeslix |
| 98 | wish.com/merchant/61a1d3541c2f00e86deba6f7 | chenyihang9787 |
| 99 | wish.com/merchant/616951f7230b10187b55435f | Company air |
| 100 | wish.com/merchant/60ef91715ca3de95888a2572 | Corpocatri |
| 101 | wish.com/merchant/61c2cb4a1a880fb9f7cb323f | daixixi9058 |
| 102 | wish.com/merchant/60f49cb45bdaf0aad80e8b3f | El Retrato Market CA |
| 103 | wish.com/merchant/5abf51d6a71fbf0a6659e263 | fashion sports HK |
| 104 | wish.com/merchant/5fa0f9bf7158e808bc73a3fa | Fashionbabybuy |
| 105 | wish.com/merchant/61955792689160d8c23f8498 | FIGURT LOOK |

| | | |
|---|---|---|
| 106 | wish.com/merchant/60d182486abca59d709a5051 | gaozhangxing9280 |
| 107 | wish.com/merchant/5ff312494670837d73ea3834 | Hziduys |
| 108 | wish.com/merchant/5ac2f5eb81260b23629f017b | JQ Fashion |
| 109 | wish.com/merchant/6091c3ea30cddf0044b6e2ac | Kennels and Beds |
| 110 | wish.com/merchant/6170e1f9741edb8c1783fab9 | kinlou |
| 111 | wish.com/merchant/5e05b36937f4cd034fd12dd2 | Lamity Yasern Luoli Koumi |
| 112 | wish.com/merchant/5b35a661ab96891ee5747b0f | Landai wig shop |
| 113 | wish.com/merchant/5e9aa67b2aad6e0fc7e478c0 | Laurakkk |
| 114 | wish.com/merchant/61b412cd4bf97edef8d7d70e | lijieyu0674 |
| 115 | wish.com/merchant/61525b83b3b77cbc883be20d | Mispastillas |
| 116 | wish.com/merchant/5f502dfdad07197c465d9ab5 | MoxibustionandbutcherydA |
| 117 | wish.com/merchant/60f94daf953bdb5282b70d8e | Prettygirl12 |
| 118 | wish.com/merchant/5ad871407c27683b9532d604 | qooojhha |
| 119 | wish.com/merchant/5d772e378c8dc75000a78b8c | Tab Plan |
| 120 | wish.com/merchant/5e9aa5625ffd1f003b9bbbd2 | Traciekk |
| 121 | wish.com/merchant/6192f5d74117e2e40d40558f | Vicela |
| 122 | wish.com/merchant/61c19f410afe7caf3d974867 | wangqing9006 |
| 123 | wish.com/merchant/60920e6617b38319899e7834 | Witness Records |
| 124 | wish.com/merchant/618787673853b01795d2a920 | wuyangyang05875 |
| 125 | wish.com/merchant/5e6db2266bab202436b64d5b | wuzhongshop |
| 126 | wish.com/merchant/614069d1c3dbb784aed5bd2e | xujiaoqi5907 |
| 127 | wish.com/merchant/61c41d1d8c7f3c67cb282415 | xuzhenrong8704 |
| 128 | wish.com/merchant/5e84128518556134b7997fb8 | YunqianyigW |

| | | |
|---|---|---|
| 129 | wish.com/merchant/61b9ab378dc89a67bc85edf4 | zhangbing6464 |
| 130 | wish.com/merchant/61b965bf451b0e34ec5c863d | zhaowei6455 |
| 131 | wish.com/merchant/61bab2615f74d04fc39280e8 | zhuxiaojie7266 |