IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>A2XT2OJXIK7SHJ, et al.,<br><br>   Defendants. | Case No. 23-cv-14323<br><br>**Judge Jeremy C. Daniel**<br><br>**Magistrate Judge M. David Weisman** |

## STATUS REPORT

Pursuant to the Court's Order [55], Plaintiff Nike, Inc. ("Plaintiff" or "Nike") submits the following status report.

Default and Default Judgment was entered by this Court against all remaining defendants with the exception of Defendants LUCKYSTEP and CHANGEABLE ("Excepted Defendants") on November 16, 2023 [52]. Defendant LUCKYSTEP was dismissed on November 30, 2023 [57]. Defendant CHANGEABLE was dismissed on December 7, 2023 [58]. All the excepted defendants have been dismissed and the Court should not set a briefing schedule. This case can be terminated.

Dated this 4th day of January 2024.   Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law


*Counsel for Plaintiff Nike, Inc*